FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 1 1 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-244-JCM-(VCF) |
| ) | |
| RAYMUNDO MORALES-JUSTO, ) | |
| a.k.a. Omar Morales-Justo, ) | |
| a.k.a. Omar Morales ) | |
| | |
| Defendant. | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on January 11, 2012, defendant RAYMUNDO MORALES-JUSTO, a.k.a. Omar Morales-Justo, a.k.a. Omar Morales, pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him in Count One with Deported Alien Found Unlawfully in the United States, in violation of Title 8, United States Code, Section 1326; and in Count Two with Illegal Alien in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(5)(A). Criminal Indictment, ECF No. 10.

This Court finds defendant RAYMUNDO MORALES-JUSTO, a.k.a. Omar Morales-Justo, a.k.a. Omar Morales, agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment and the Plea Agreement. Criminal Indictment, ECF No. 10.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and agreed to in the Plea Agreement and the offense to which defendant RAYMUNDO MORALES-JUSTO, a.k.a. Omar Morales-Justo, a.k.a. Omar Morales, pled guilty.

1   The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
2   924(d)(1) and Title 28, United States Code, Section 2461(c):

3      a.   a Smith & Wesson .9 millimeter semi-automatic handgun bearing serial
4           number A619508;
5      b.   a Calico M-100 rifle bearing serial number A007522;
6      c.   a Mossberg 12 gauge shotgun bearing serial number G497255; and
7      d.   any and all ammunition ("property").

8   This Court finds the United States of America is now entitled to, and should, reduce the
9   aforementioned property to the possession of the United States of America.

10  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
11  United States of America should seize the aforementioned property.

12  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
13  RAYMUNDO MORALES-JUSTO, a.k.a. Omar Morales-Justo, a.k.a. Omar Morales, in the
14  aforementioned property is forfeited and is vested in the United States of America and shall be safely
15  held by the United States of America until further order of the Court.

16  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
17  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
18  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
19  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
20  the name and contact information for the government attorney to be served with the petition,
21  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

22  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
23  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

24  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
25  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
26  following address at the time of filing:

Michael Humphreys
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE